United States Court of Appeals
Fifth Circuit

**F I L E D**

**August 16, 2005**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

———————————

No. 04-11410
Conference Calendar

———————————

TERRY LEE OWENS,

                                        Petitioner-Appellant,

versus

COLE JETER, Warden, Federal Medical Center Fort Worth,

                                        Respondent-Appellee.

---------------------
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:04-CV-727
---------------------

Before BENAVIDES, CLEMENT, and PRADO, Circuit Judges.

PER CURIAM:[*]

    Terry Lee Owens, federal prisoner # 29251-077, appeals the

district court's summary dismissal of his 28 U.S.C. § 2241

petition, challenging his sentence for distributing 124.9 grams

of cocaine base.  He argues that under <u>Blakely v. Washington</u>, 124

S. Ct. 2531 (2004), the district court erroneously based his

sentence on 2.86 kilograms of cocaine base and his role in the

offense.  He argues that he qualifies for the savings clause of

28 U.S.C. § 2255 because he is actually innocent of the non-

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

existent offenses of (1) distributing 2.86 kilograms of cocaine base and (2) the two-point enhancement for his role as a manager or supervisor.  He asserts that it would be inadequate and ineffective for him to seek permission from this court via a successive 28 U.S.C. § 2255 motion.  See Wesson v. United States Penitentiary, 305 F.3d 343, 347-48 (5th Cir. 2002).

Owens's argument is unavailing in light of this court's decision in Padilla v. United States, ___ F.3d ___ , 2005 WL 1595291, *2 (5th Cir. July 8, 2005) (No. 04-50567).

AFFIRMED.